# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. MABIE,             )<br>                                           )<br>         Movant,                    )<br>                                           )<br>     v.                                   )         No. 4:11CV01431 ERW<br>                                           )<br>UNITED STATES OF AMERICA,  )<br>                                           )<br>         Respondent.             )  | |

## MEMORANDUM AND ORDER

This matter is before me on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Movant seeks relief from the judgment in United States v. Mabie, 4:09CR351 ERW (E.D. Mo.). However, movant filed a direct appeal from the judgment, and movant's direct appeal is still pending. See United States v. Mabie, No. 10-3526 (8th Cir.). Because the direct appeal is pending, movant's § 2255 motion has been prematurely filed. See Masters v. Eide, 353 F.2d 517, 518 (8th Cir.1965) (per curiam) ("[o]rdinarily resort cannot be had to 28 U.S.C.A. § 2255 or habeas corpus while an appeal from conviction is pending."). And I find no extraordinary circumstances that would allow movant to file his motion at this time. As a result, I will dismiss this action without prejudice to refiling after the criminal judgment becomes final.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

So Ordered this 15th day of September, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE